UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 08-20439-CIV-UNGARO

GREAT LAKES REINSURANCE (UK) PLC,

    Plaintiff,

v.

MARIA ARBOS et al.,

    Defendants.
_____/

## ORDER STRIKING NOTICE

THIS CAUSE is before the Court upon the parties' Notice of Selection of Mediator and Notice of Scheduled Mediation Date, filed on July 28, 2008 (D.E. 27).

THE COURT has considered the Notice and the pertinent portions of the record and is otherwise fully advised in the premises. In their Notice, the parties inform the Court that their mediation conference is scheduled for January 19, 2009, which is ten days after the Pretrial Conference in this matter. Accordingly, it is hereby

ORDERED AND ADJUDGED that the parties' Notice (D.E. 27) is STRICKEN. The parties SHALL schedule their mediation conference for a date at least two weeks prior to the Pretrial Conference.

DONE AND ORDERED in Chambers at Miami, Florida, this 30 day of July, 2008.

URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided:
Counsel of Record