UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  08-20439-CIV-UNGARO/SIMONTON

**GREAT LAKES REINSURANCE (UK) PLC,**

    Plaintiff,

v.

**MARIA ARBOS, et al.,**

    Defendants.
_____/

### ORDER DENYING AS MOOT PLAINTIFF'S MOTION TO COMPEL DEFENDANT ARBOS TO ANSWER INTERROGATORY 13

Presently pending before the Court is Plaintiff's Motion To Compel Defendant Arbos To Answer Interrogatory 13 (DE # 63).  This motion is referred to the undersigned Magistrate Judge (DE # 64).  Defendant Arbos has responded in opposition by providing an amended answer to Interrogatory 13 (DE # 65).  Plaintiff has not replied, and the last day to timely file a reply was September 15, 2008.

Plaintiff moves to compel Defendant Arbos to provide a substantive answer to Interrogatory 13 (DE # 64).  Defendant Arbos responded by filing an amended answer to Interrogatory 13 (DE # 68).[1]

Therefore, for the reasons stated above, it is hereby

**ORDERED AND ADJUDGED** that Plaintiff's Motion To Compel Defendant

---

[1] On September 8, 2008, in response to Arbos' amended answer to Interrogatory 13, Plaintiff filed a motion for order overruling Arbos' objection to the interrogatory and compelling Arbos to answer the interrogatory (DE # 67).  Arbos' response is due on September 25, 2008.

Arbos To Answer Interrogatory 13 (DE # 63), is **DENIED as moot**.

**DONE AND ORDERED** in chambers at Miami, Florida, on September 24, 2008.

_Andrea M. Simonton_
ANDREA M. SIMONTON
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
The Honorable Ursula Ungaro,
   United States District Judge
All counsel of record