**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.  08-20439-CIV-UNGARO/SIMONTON**

**GREAT LAKES REINSURANCE (UK) PLC,**

      **Plaintiff,**

**v.**

**MARIA ARBOS, et al.,**

      **Defendants.**

_____/

**ORDER GRANTING, BY DEFAULT, PLAINTIFF'S**
**MOTION TO QUASH SUBPOENA DUCES TECUM**

      **Presently pending before the Court is Plaintiff's Motion To Quash Subpoena**

**Duces Tecum Served on Plaintiff's Investigator by Defendant Maria Arbos (DE # 61).**

**This motion is referred to the undersigned Magistrate Judge (DE # 62).**

      **Plaintiff states that on August 22, 2008, Defendant Maria Arbos served Plaintiff's**

**investigator, Nautilus Investigations, and its individual investigative personnel, with a**

**subpoena duces tecum returnable in ten days, seeking the entire investigative/claim file**

**on this matter.  Plaintiff asks this Court to quash the subpoena, both because ordinarily**

**Defendant Arbos would have serve a request for production for the claim file, allowing**

**Plaintiff 30 days to respond, and because the investigative/claim file is not discoverable**

**in this first party coverage case (DE # 61).  Defendant Arbos has not responded in**

**opposition and the last day to timely file a response was September 19, 2008.**

      **Therefore, pursuant to Local Rule 7.1 C., it is hereby**

      **ORDERED AND ADJUDGED that Plaintiff's Motion To Quash Subpoena Duces**

**Tecum Served on Plaintiff's Investigatory by Defendant Maria Arbos (DE # 61).  This**

**motion is referred to the undersigned Magistrate Judge (DE # 62), is GRANTED by**

**default**.  Defendant Arbos' subpoena duces tecum served on August 22, 2008 on

Nautilus Investigations and its individual investigative personnel, is **QUASHED**.

**DONE AND ORDERED** in chambers at Miami, Florida, on September 24, 2008.

*Andrea M. Simonton*

ANDREA M. SIMONTON
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
The Honorable Ursula Ungaro,
    United States District Judge
All counsel of record