UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-20439-CIV-UNGARO/SIMONTON

**GREAT LAKES REINSURANCE (UK) PLC,**

    Plaintiff,

v.

**MARIA ARBOS, et al.,**

    Defendants.
_____/

## ORDER DENYING PLAINTIFF'S RENEWED MOTION TO STRIKE ARBOS' PLEADINGS

Presently pending before the Court is Plaintiff's Renewed Motion To Strike The Pleadings of Defendant Maria Arbos or for Other Sanctions For Her Failure To Comply With Discovery Order (DE # 56). This motion is referred to the undersigned Magistrate Judge (DE # 60). Defendant Arbos has responded in opposition (DE # 68). Plaintiff has not replied, and the last day to timely file a reply was September 18, 2008.

Plaintiff moves to strike Defendant Arbos' pleadings, alleging that the Court ordered Arbos to provide Plaintiff with long-delayed discovery responses on August 27, 2008, and that Arbos did not do so (DE # 56).

Defendant Arbos responded that she did provide Plaintiff with the discovery responses on August 27, 2008 (DE # 68).

Plaintiff has not controverted Defendant Arbos' assertion that she provided Plaintiff with the discovery responses on August 27, 2008, pursuant to this Court's Order.

Therefore, for the reasons stated above, it is hereby

**ORDERED AND ADJUDGED** that Plaintiff's Renewed Motion To Strike The

Pleadings of Defendant Maria Arbos or for Other Sanctions For Her Failure To Comply With Discovery Order (DE # 56), is **DENIED**.

**DONE AND ORDERED** in chambers at Miami, Florida, on September 24, 2008.

_____
**ANDREA M. SIMONTON
UNITED STATES MAGISTRATE JUDGE**

Copies furnished to:
The Honorable Ursula Ungaro,
    United States District Judge
All counsel of record