UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-20439-CIV-UNGARO/SIMONTON

GREAT LAKES REINSURANCE (UK) PLC,

    Plaintiff,

v.

MARIA ARBOS, et al.,

    Defendants.
_____/

### ORDER GRANTING, BY DEFAULT, PLAINTIFF'S MOTION FOR ORDER OVERRULING OBJECTION TO INTERROGATORY AND COMPELLING DEFENDANT ARBOS TO ANSWER THE INTERROGATORY

Presently pending before the Court is Plaintiff's Motion For Order Overruling Objection To Interrogatory and Compelling Defendant Arbos To Answer the Interrogatory (DE # 67). This motion is referred to the undersigned Magistrate Judge (DE # 69).

Defendant Arbos has not responded in opposition and the last day to timely file a response was September 25, 2008.

Therefore, pursuant to Local Rule 7.1 C., it is hereby

**ORDERED AND ADJUDGED** that Plaintiff's Motion For Order Overruling Objection To Interrogatory and Compelling Defendant Arbos To Answer the Interrogatory (DE # 67), is **GRANTED by default**. Defendant Arbos' September 5, 2008 objections to Interrogatory 13, *see* DE # 65, are overruled. On or before October 6, 2008, Defendant Arbos must provided a full and complete answer to Interrogatory 13 which sets forth in detail Defendant Arbos' experience in operating pleasure boats, including reference to dates. Defendant Arbos must also provide details concerning as her experience with

and her background in every other type of vessel.

**DONE AND ORDERED** in chambers at Miami, Florida, on September 26, 2008.

_____
**ANDREA M. SIMONTON**
**UNITED STATES MAGISTRATE JUDGE**

**Copies furnished to:**
**The Honorable Ursula Ungaro,**
    **United States District Judge**
**All counsel of record**