```
             UNITED STATES DISTRICT COURT
             SOUTHERN DISTRICT OF FLORIDA
                     IN ADMIRALTY
```

GREAT LAKES REINSURANCE
(UK)PLC,

    Plaintiff,

vs.                                  CASE NO. 08-20439-CIV-UNGARO

MARIA ARBOS, ROBERTO QUEVEDO      Magistrate Judge Simonton
and KEY BANK, N.A.,

    Defendants.
_____/

MARIA ARBOS,

    Third Party Plaintiff,

vs.

RICKENBACKER MARINA, INC.,

    Third Party Defendant.
_____/

### PLAINTIFF'S MOTION TO STRIKE THE PLEADINGS OF DEFENDANT MARIA ARBOS OR FOR OTHER SANCTIONS <u>FOR HER FAILURE TO APPEAR FOR DEPOSITION</u>

COMES NOW the Plaintiff, GREAT LAKES REINSURANCE (UK) PLC, by and through its undersigned attorneys, and pursuant to Rule 37 of the Federal Rules of Civil Procedure moves this Court for an Order Striking the pleadings of the Defendant MARIA ARBOS or for other sanctions for her failure to appear for her duly noticed deposition, and in support thereof would respectfully state as follows:

1

STATEMENT OF FACTS

1. Following agreement by and between all counsel representing the various parties and non-party witnesses, it was agreed that depositions would be conducted throughout the week of October 20, 2008. Accordingly, the undersigned counsel for Plaintiff issued a Notice of Deposition for both Defendants, with the deposition of ROBERTO QUEVEDO to take place at 10:00 a.m. on Tuesday, October 21, 2008 while that of MARIA ARBOS was to commence at 1:30 p.m. that same date. Both depositions were to take place at the offices of the Holland & Knight law firm, acting as counsel for Defendant KEYBANK, N.A.

2. Although ROBERTO QUEVEDO appeared for his deposition, MARIA ARBOS did not, with her attorneys advising that she was complaining of a headache and therefore could not physically attend.

3. The undersigned counsel for Plaintiff traveled from Boston in order to attend the past week's depositions, while counsel for the Third Party Defendant RICKENBACKER MARINA traveled from Tampa. Plaintiff's FRCP 30(b)(6) representative appeared for his deposition in Miami on Friday morning, October 24, 2008 after traveling to the United States from his home in the United Kingdom.

4.   Plaintiff has sought to emphasize the fact, now clearly established, that MARIA ARBOS has been a willing participant in what was in essence a fraudulent scheme to purchase, finance and insure the 2004 50 ft Sea Ray vessel which is at the center of this litigation, lending her name and credit to the series of transactions which culminated in ROBERTO QUEVEDO taking possession of the vessel. Calculating that she can only suffer as a result of appearing for deposition where she would have to take an oath to provide truthful testimony, MARIA ARBOS has quite simply failed to cooperate in the discovery which is required under the Federal Rules of Civil Procedure.

5.   With discovery closing on Friday, October 31, 2008 and summary judgment motions due three (3) weeks later, there is now no time left in which to have MARIA ARBOS appear for and submit to deposition.

## **MEMORANDUM OF LAW**

Rule 37 of the Federal Rules of Civil Procedure calls for the federal district court to impose sanctions against any party that fails to participate in discovery, including but not limited to striking that party's pleadings, rendering a default Judgment or prohibiting that party from introducing designated matters into evidence.

WHEREFORE, Plaintiff prays that the Court will enter its Order Striking the Defendant MARIA ARBOS' pleadings, along with all such other and further relief as the Court may deem proper in the premises.

Dated:    October 27, 2008

>GOLDMAN & HELLMAN
Attorneys for Plaintiff
800 S.E. 3rd Avenue
4th Floor
Fort Lauderdale, Florida 33316
(954)356-0460


By:   /s/ Steven E. Goldman
      STEVEN E. GOLDMAN, ESQ.
      FLA. BAR NO. 345210

4

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on the __27th__ day of August 2008 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send a Notice of Electronic Filing to each of the following:

George A. Davis, Esq.
5915 Ponce de Leon Boulevard
Suite 10
Coral Gables, FL 33146

Ira S. Silver, Esq.,
Silver & Silver
108 S. Miami Avenue
Second Floor
Miami, FL 33130

Eric L. Ray, Esq.
Holland & Knight LLP
701 Brickell Avenue
Suite 3000
Miami, FL 33131

Michael J. Bradford, Esq.
Hamilton, Miller & Birthisel, LLP
100 South Ashley Drive
Suite 1210
Tampa, FL 33602

                                      GOLDMAN & HELLMAN
                                      Attorneys for Plaintiff
                                      800 S.E. 3rd Avenue
                                      4th Floor
                                      Fort Lauderdale, Florida 33316
                                      Tel (954) 356-0460
                                      Fax (954) 832-0878

                                      By:    /s/ Steven E. Goldman
                                                STEVEN E. GOLDMAN, ESQ.
                                                FLA. BAR NO. 345210